UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DORIAN HENDRICKS,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF EAST ST. LOUIS POLICE DEPARTMENT,<br>CITY OF EAST ST. LOUIS,<br>JASON HICKS,<br>KENDALL PERRY, and<br>NICK MUELLER,<br><br>    Defendants. | Case No. 23-cv-03349-JPG |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: February 11, 2026**            **MONICA A. STUMP, Clerk of Court**

                                                             **s/Tina Gray, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
                        **J. PHIL GILBERT**
                        **United States District Judge**